UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO MATIAS GROSSO,<br><br>                                    Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, et al.,<br><br>                                    Respondents. | Case No.:  26-cv-3082-CAB-MMP<br><br>**ORDER SUMMARILY DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS** |

Petitioner Alvaro Matias Grosso has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1.]  Upon review, the Court notes that Petitioner has filed at least four prior Section 2241 petitions in this District in the past several months. [Case No. 26-cv-1982-JLS-JLB (dismissing petition on April 17, 2026); Case No. 26-cv-1575-BAS-BLM (dismissing petition on March 16, 2026); Case No. 26-cv-396-CAB-MMP (ordering bond hearing on February 6, 2026 and denying motion to enforce on March 5, 2026); Case No. 25-cv-3593-JES-BJW (denying petition on January 12, 2026).]

///

//

///

///

26-cv-3082-CAB-MMP

A habeas petition is subject to summary dismissal when it is repetitive or duplicative. *See, e.g., Salas v. Att'y Gen.*, No. 2:23-cv-01118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023).  The Petition here provides no new information or grounds for relief that were not raised in the prior four petitions.  Therefore, the Court **DISMISSES** the Petition. [Doc. No. 1.]  The Court also admonishes Petitioner that any future petitions will likewise be summarily dismissed without any new information or grounds for relief.

The Clerk of the Court shall close the case.

It is **SO ORDERED.**

Dated:  May 21, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

26-cv-3082-CAB-MMP